**FILED**

07/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0259

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0259

DONNIE NOLAN,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

FILED

JUL 27 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

    Appellant has filed a motion for a 60-day extension of time to file his reply brief in the referenced matter.

    IT IS ORDERED that the motion for extension is DENIED. Appellant shall have until August 26, 2020, to file the reply brief.

    No further extensions will be granted.

    DATED this 27 day of July, 2020.

For the Court,

_____
Chief Justice